A CERTIFIED TRUE COPY
ATTEST
By Jakeia R. Mells on Jan 20, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 04, 2010

FILED
CLERK'S OFFICE

**IN RE: BUDEPRION XL MARKETING AND
SALES PRACTICES LITIGATION**

Amanda Jordan v. Teva Pharmaceuticals USA, Inc., )
   et al., S.D. Alabama, C.A. No. 1:09-805          )      MDL No. 2107

## CONDITIONAL TRANSFER ORDER (CTO-2)

On December 2, 2009, the Panel transferred five civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.2d__ (J.P.M.L. 2009). Since that time, three additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Berle M. Schiller.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Schiller.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 2, 2009, and, with the consent of that court, assigned to the Honorable Berle M. Schiller.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 20, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel