## IN THE UNITED STATED DISTRICT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CLASS ACTION |
| **BUDEPRION XL MARKETING AND** | ) | |
| **SALES PRACTICES LITIGATION** | ) | 2:09-CV-2811 (Lead Case) |
| (MDL 2107) | ) | |
| | ) | |
| | ) | |

## **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**

### TO THE COURT, ALL OF THE PARTIES AND THEIR COUNSEL OF RECORD:

Now into Court, through undersigned counsel, comes Plaintiff Amanda Jordan, who pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), seeks the dismissal of *Amanda Jordan, et al. v. Teva Pharmaceuticals Industries, Ltd, et al.* Case No. 1:09-cv-00805 (S.D. Ala. filed Dec. 12, 2009). Amanda Jordan seeks dismissal and has granted permission to counsel to dismiss all claims in the aforementioned action. Counsel for defendants have been informed of counsel for Plaintiff's intent to dismiss this action.

Dated: January 6, 2011

Respectfully submitted,

GOLOMB & HONIK, P.C.

_____
Richard M. Golomb, Liaison Counsel
rgolomb@golombhonik.com
Ruben Honik, Esquire
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
kgrunfeld@golombhonik.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone: 215.985.9177
Fax: 215.985.4169

-2-

*and*

KANNER & WHITELEY, L.L.C.

Allan Kanner, Lead Counsel
a.kanner@kanner-law.com
Conlee S. Whiteley, Esquire
c.whiteley@kanner-law.com
M. Ryan Casey, Esquire
r.casey@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Telephone: 504.524.5777
Fax: 504.524.5763

*and*

PERRY PEARCE BENTON, P.C.

Perry E. Pearce Benton, Esquire
perrybenton@bentonlaw.com
32330 Sandpiper Drive
Orange Beach, AL 36561
Telephone: 251-980-2630
Fax: 251-980-2640

*Attorneys for Plaintiff, Amanda Jordan*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this 6th day of January, 2011 a true and correct copy of the foregoing was served via ECF filing to all counsel of record.

_____

Kenneth J. Grunfeld, Esquire