# IN THE UNITED STATED DISTRICT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CLASS ACTION |
| **BUDEPRION XL MARKETING AND** ) | |
| **SALES PRACTICES LITIGATION** ) | 2:09-CV-2811 (Lead Case) |
| (MDL 2107) ) | |
| ) | |
| ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

### TO THE COURT, ALL OF THE PARTIES AND THEIR COUNSEL OF RECORD:

Now into Court, through undersigned counsel, comes Plaintiff Michelle Hicks, who pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), seeks the dismissal of *Hicks, et al. v. Teva Pharmaceuticals Industries, Ltd, et al.*, Case No. CJ-09-263, filed in the District Court in and for Mays County, State of Oklahoma, on September 4, 2009. Michelle Hicks seeks dismissal and has granted permission to counsel to dismiss all claims in the aforementioned action. Counsel for defendants has been informed of Plaintiff's intent to dismiss this action.

Dated: January 19, 2011                                       Respectfully submitted,

                                                              **GOLOMB & HONIK, P.C.**

                                                              /s/KJG2445_____
                                                              Richard M. Golomb, Liaison Counsel
                                                              rgolomb@golombhonik.com
                                                              Ruben Honik
                                                              rhonik@golombhonik.com
                                                              Kenneth Grunfeld
                                                              kgrunfeld@golombhonik.com
                                                              1515 Market Street, Suite 1100
                                                              Philadelphia, PA 19102
                                                              Telephone: 215.985.9177
                                                              Fax: 215.985.4169

2

*and*

KANNER & WHITELEY, L.L.C.

Allan Kanner, Lead Counsel
a.kanner@kanner-law.com
Conlee S. Whiteley
c.whiteley@kanner-law.com
M. Ryan Casey
r.casey@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Telephone: 504.524.5777
Fax: 504.524.5763

*and*

WRIGHT LAW PLC

Will K. Wright, Jr.
P.O. Box 982
Claremore, OK 74018

*Attorneys for Plaintiff, Michelle Hicks*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this 19th day of January, 2011 a true and correct copy of the foregoing was served via ECF filing to all counsel of record.


/s/   KJG2445
**KENNETH J. GRUNFELD**