IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BUDEPRION XL MARKETING & SALES LITIGATION : | MDL No. 2107 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS : | 09-md-2107 |

## ORDER

AND NOW, this **9th** day of **July, 2012**, it is hereby **ORDERED** that the Clerk of Court is directed to close this case. This Order shall also serve as notice to the Clerk of the Judicial Panel on Multidistrict Litigation that this litigation is closed.

BY THE COURT:

Berle M. Schiller, J.