IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                          :
IN RE: BUDEPRION XL                       :   MDL No. 2107
MARKETING & SALES LITIGATION              :
_____    :
                                          :
THIS DOCUMENT APPLIES TO:                 :
ALL ACTIONS                               :   09-md-2107
_____    :

# ORDER

AND NOW, this **20th** day of **September, 2012**, upon consideration of the State of Texas's Motion to Intervene for the Purpose of Appeal, Plaintiffs' opposition thereto, Defendants' opposition thereto, and Texas's reply thereon, and for the reasons stated in this Court's Memorandum dated September 20, 2012, it is hereby **ORDERED** that:

1. The State of Texas's Motion for Leave to filed a Reply (Document No. 215) is **GRANTED**.

2. The motion to intervene (Document No. 205) is **DENIED**.

3. The State of Texas's Motion for Extension of Time to File a Notice of Appeal (Document No. 206) is **DENIED as moot** because Texas has already filed a notice of appeal.

BY THE COURT:

_____
Berle M. Schiller, J.